No. 19-3073

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARY MCKINNEY, as Administrator for the Estate of R.E., Deceased,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>FRANKLIN COUNTY, ILLINOIS, RANDALL CROCKER, MICHAEL ABELL, SHAWN FREEMAN, DIANE SANDERS, SAMANTHA THOMAS, DANIEL LYNCH, ALICIA MENDOZA, ANTHONY BECHELLI, STEPHANIE UPCHURCH, and ALAN STEWART,<br><br>    Defendants-Appellees. | On Appeal from the United States District Court for the Southern District of Illinois<br><br><br><br><br>No. 15-cv-01044-SMY-RJD<br><br><br><br><br><br>The Honorable<br>STACI M. YANDLE,<br>Judge Presiding. |

## SUBSTITUTE APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the appearance of Assistant Attorney General Kaitlyn N. Chenevert, replacing Assistant Attorney General Nadine J. Wichern, as counsel for Defendants-Appellees Michael Abell, Shawn Freeman, Diane Sanders, Samantha Thomas, Daniel Lynch, Alicia Mendoza, Anthony Bechelli, Stephanie Upchurch, and Alan Stewart, in this appeal.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:   /s/ Kaitlyn N. Chenevert
       KAITLYN N. CHENEVERT
       Assistant Attorney General
       100 West Randolph Street
       12th Floor

Chicago, Illinois 60601
(312) 814-2127
kchenevert@atg.state.il.us

## CERTIFICATE OF FILING AND SERVICE

I certify that on November 6, 2019, I electronically filed the foregoing Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Linda C. Powers
lpowers@grovespowers.com

Joseph A. Bleyer
jableyer@bleyerlaw.com

Douglas R. Heise
dheise@heylroyster.com

By:   /s/ Kaitlyn N. Chenevert
KAITLYN N. CHENEVERT
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2127
kchenevert@atg.state.il.us