# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33

January 17, 2020

| No. 19-3073 | MARY MCKINNEY, as Administrator for the Estate of R.E., Deceased, Plaintiff - Appellant<br><br>v.<br><br>FRANKLIN COUNTY ILLINOIS, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cv-01044-SMY-RJD<br>Southern District of Illinois<br>District Judge Staci M. Yandle ||

Pursuant to Circuit Rule 33, all proceedings in this appeal are STAYED pending further court order.

Counsel for the Appellant and Appellee are directed to make a telephonic or electronic mail Status Report to the Circuit Mediation Office on February 18, 2020. This requirement may be satisfied by filing a motion under Fed. R. App. P. 42(b) to dismiss the appeal.

form name: **c7_Order_CR33**(form ID: **186**)