# United States Court of Appeals

For the Seventh Circuit
Chicago, IL 60604

```
MARY MCKINNEY, as Administrator      ] Appeal from the United
for the Estate of R.E., Deceased,    ] States District Court for
      Plaintiff-Appellant,            ] the Southern District of
                                      ] Illinois.
No. 19-3073                  v.       ]
                                      ] No. 3:15-cv-01044-SMY-RJD
FRANKLIN COUNTY ILLINOIS, et al.,     ]
      Defendants-Appellees.           ] Staci M. Yandle,
                                      ]     Judge.
```

AGREED MOTION FOR VOLUNTARY DISMISSAL

　　In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Defendants-Appellees, the Plaintiff-Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear their own costs.

/s/ *Linda C. Powers*
Attorney for Plaintiff- Appellant

2/28/2020
Date

[✓]

# CERTIFICATE OF SERVICE
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on ___February 28, 2020___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                           s/ Linda C. Powers

[ ]

# CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

                                           s/_____